UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASTRO,<br><br>                Plaintiff(s),<br><br>  v.<br><br>TRANSAMERICA LIFE INSURANCE CO.,<br><br>                Defendant(s). | NO. C08-202MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the parties' proposed Confidentiality Stipulation and Order. The request of the Court to sign the Order is DENIED. The parties are referred to Local Rule 5(g) ("Sealing of Court Records") for the proper procedure for requesting that documents designated as "Confidential" be filed under seal.

Filed this 28th day of April, 2008.

                                      BRUCE RIFKIN, Clerk

                                      By    /s Mary Duett
                                                     Deputy Clerk

MINUTE ORDER