UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASTRO,<br><br>            Plaintiff(s),<br><br>  v.<br><br>TRANSAMERICA LIFE INSURANCE CO.,<br><br>            Defendant(s). | NO. C08-202MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court will not sign the proposed Confidentiality Stipulation and Order as submitted by the parties. Although Section 3 of the proposed order does state that "[a]ny party who wishes to seal any Confidential Information submitted to or filed with the Court in motions, briefs, affidavits or any other materials shall follow the procedures in Local Rule 5 (g)," Section 4(c) of the proposed order should be amended to state:

"Any party filing a deposition transcript or exhibit with the Court containing Confidential Information shall *move the Court to* have those portions of the transcript or exhibits filed under seal."

Filed this 8th day of August, 2008.

                                        BRUCE RIFKIN, Clerk

                                        By    /s Mary Duett
                                                      Deputy Clerk

MINUTE ORDER